R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Michelle L. Schuller, No. 255787
TRUCKER ö HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:	(415) 788-3111
Facsimile:	(415) 421-2017
E-mail:	bhuss@truckerhuss.com
	rschwartz@truckerhuss.com
	mschuller@truckerhuss.com

Attorneys for Defendants DAVID NICKUM,
VALLEY AGGREGATE TRANSPORT, INC.,
and ADMINISTRATIVE COMMITTEE
FOR THE VALLEY AGGREGATE, INC.,
EMPLOYEE STOCK OWNERSHIP PLAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD CLARKE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL LINDEMAN, LORRAINE LINDEMAN, DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., and ADMINISTRATIVE COMMITTEE FOR THE VALLEY AGGREGATE, INC., EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>    Defendants. | Case No. 09-cv-03467-JAM-DAD<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Defendants MICHAEL LINDEMAN, LORRAINE LINDEMAN, DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., and ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE, INC., EMPLOYEE STOCK OWNERSHIP PLAN ("Defendants") and Plaintiff EDWARD CLARKE ("Plaintiff") hereby stipulate, by and through their respective counsel, to extend the time by which all Defendants must file a responsive pleading to Plaintiff's Complaint. Pursuant to this stipulation, Defendants shall file a responsive pleading on or before February 24, 2010.

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT;
Case No. 09-cv-03467-JAM-DAD
#1058461

1

PDF created with pdfFactory trial version www.pdffactory.com

This extension will not alter any dates or deadlines set by Court order.

DATED: February 10, 2010				TRUCKER ö HUSS

							By: /s/R. Bradford Huss
							    R. Bradford Huss
							    Attorneys for Defendants
							    David Nickum, Valley Aggregate Transport, Inc.,
							    and Administration Committee for the Valley
							    Aggregate, Inc. Employee Stock Ownership Plan

DATED: February 10, 2010				MCDONOUGH HOLLAND & ALLEN P.C.

							By: /s/Zachary Smith (as authorized on 2-10-2010)
							    Zachary Smith
							    Robert Rubin
							    Attorneys for Defendants
							    Michael Lindeman and Lorraine Lindeman

DATED: February 10, 2010				LEWIS, FEINBERG, LEE, RENAKER
							& JACKSON, P.C.

							By: /s/Daniel Feinberg (as authorized on 2-9-2010)
							    Daniel Feinberg
							    Attorneys for Plaintiff Edward Clarke

**ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: February 11, 2010				/s/ John A. Mendez
							Honorable John A. Mendez
							U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT;
Case No. 09-cv-03467-JAM-DAD
#1058461                                                                                                               2

PDF created with pdfFactory trial version www.pdffactory.com