R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Virginia H. Perkins, No. 215832
Michelle L. Schuller, No. 255787
TRUCKER ö HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:        bhuss@truckerhuss.com
                    rschwartz@truckerhuss.com
                    vperkins@truckerhuss.com
                    mschuller@truckerhuss.com

Attorneys for Defendants David Nickum,
Valley Aggregate Transport, Inc., and
Administration Committee for the Valley
Aggregate Transport, Inc., Employee Stock Ownership Plan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD CLARKE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LINDEMAN, LORRAINE LINDEMAN, DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., and ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE, INC., EMPLOYEE STOCK OWNERSHIP PLAN, <br><br> Defendants. | Case No. 2:09-CV-03467-JAM-DAD <br><br> **STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT FILED BY DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., AND ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE TRANSPORT, INC., EMPLOYEE STOCK OWNERSHIP PLAN** <br><br> Date: May 19, 2010 <br> Time: 9:30 a.m. <br> Location: Courtroom 6 <br> Judge:    Hon. John A. Mendez |

Defendants DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC. and ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE TRANSPORT, INC., EMPLOYEE STOCK OWNERSHIP PLAN ("Valley Aggregate Defendants") and Plaintiff EDWARD CLARKE ("Plaintiff") (together the "Parties") hereby stipulate, by and through their

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT, Case No. 2:09-CV-03467-JAM-DAD
#1073612

1

PDF created with pdfFactory trial version www.pdffactory.com

respective counsel, to continue the hearing on the Valley Aggregate Defendants' Motion for Dismissal of Plaintiff's Complaint ("Motion to Dismiss"), currently scheduled for May 19, 2010 at 9:30 a.m. Pursuant to this Stipulation, the Parties request an Order setting the date for hearing on the Motion to Dismiss as June 16, 2010 at 9:30 a.m.

The Parties request this continuance for the following reasons:

1. The Plaintiff has propounded two sets of Requests for Production of Documents to All Defendants (the "Requests"). The Valley Aggregate Defendants' written responses and objections to those Requests are currently due, by agreement, on April 19, 2010.

2. Virginia Perkins, the attorney at Trucker Huss in charge of preparing the written responses and objections to Plaintiff's Requests and in charge of producing documents on behalf of the Valley Aggregate Defendants in response to those Requests, is scheduled for surgery on April 9, 2010 and will be out of the office for that surgery from April 8, 2010 through April 26, 2010. The timing of this surgery was unanticipated.

3. The Plaintiff and the Valley Aggregate Defendants have agreed to extend the deadline for the Valley Aggregate Defendants to respond to the Plaintiff's Requests, however, the Plaintiff would like sufficient time after those responses are provided to prepare his Opposition to the Motion to Dismiss.

4. In order to give the Plaintiff sufficient time to prepare his Opposition to the Motion to Dismiss after the production of documents pursuant to Plaintiff's Requests, the Parties request a continuance of the hearing on the Motion to Dismiss to June 16, 2010 at 9:30 a.m.

//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT, Case No. 2:09-CV-03467-JAM-DAD
#1073612

2

PDF created with pdfFactory trial version www.pdffactory.com

5. The Parties have not requested any prior Order extending time in this litigation. This extension will alter the current date for hearing on the Valley Aggregate Defendants' Motion for Dismissal of Plaintiff's Complaint from May 19, 2010 to June 16, 2010.

DATED: April 6, 2010

TRUCKER ö HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendants
David Nickum, Valley Aggregate Transport, Inc.
and the Valley Aggregate Transport, Inc.
Employee Stock Ownership Plan

DATED: April 6, 2010

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/Daniel Feinberg (as authorized on 4/6/2010)
Daniel Feinberg
Attorneys for Plaintiff and the Proposed Class

IT IS SO ORDERED.

DATED: April 6, 2010

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT, Case No. 2:09-CV-03467-JAM-DAD
#1073612

3

PDF created with pdfFactory trial version www.pdffactory.com