1  Daniel Feinberg – CA State Bar No. 135983
   Nina Wasow – CA State Bar No. 242047
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   Email: dfeinberg@lewisfeinberg.com
5  Email: nwasow@lewisfeinberg.com

6  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CLARKE, | Case No. C 09-03467-JAM-DAD |
| Plaintiff, | **STIPULATION AND ORDER REGARDING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| MICHAEL LINDEMAN, LORRAINE LINDEMAN, DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., and THE ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE, INC. EMPLOYEE STOCK OWNERSHIP PLAN. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that the hearing on Defendants' Motion to Dismiss shall be re-set from September 15, 2010, to October 6, 2010.

Dated: July 27, 2010               LEWIS, FEINBERG, LEE,
                                   RENAKER & JACKSON, P.C.

                           By:     __/s/ Nina Wasow_____
                                   Daniel Feinberg
                                   Nina Wasow
                                   *Attorneys for Plaintiff*

PDF created with pdfFactory trial version www.pdffactory.com

1

2  Dated: July 27, 2010                                    TRUCKER HUSS

3                                              By:    /s/ Virginia Perkins
4                                                     R. Bradford Huss
                                                      Virginia Perkins
5                                                     *Attorneys for Defendants David Nickum,*
                                                      *Valley Aggregate Transport, Inc., and*
6                                                     *Administration Committee for the Valley*
                                                      *Aggregate Transport, Inc. Employee Stock*
7                                                     *Ownership Plan*

8

9

10                                    **ORDER**

11     Pursuant to the stipulation, IT IS SO ORDERED.

12

13  Dated: July 27, 2010                              /s/ John A. Mendez
                                                      The Honorable John Mendez
14                                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

PDF created with pdfFactory trial version www.pdffactory.com