Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CLARKE,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL LINDEMAN, LORRAINE LINDEMAN, DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., the BOARD OF DIRECTORS OF VALLEY AGGREGATE TRANSPORT, INC., and ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE, INC. EMPLOYEE STOCK OWNERSHIP PLAN.<br><br>        Defendants. | Case No. C 09-03467-JAM-DAD<br><br>**ORDER DENYING MOTION TO DISMISS BY DEFENDANTS DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., and THE ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE TRANSPORT, INC. EMPLOYEE STOCK OWNERSHIP PLAN** |

This matter comes before the Court on a Motion to Dismiss by Defendants David Nickum, Valley Aggregate Transport, Inc., and the Administration Committee for the Valley Aggregate Transport, Inc. Employee Stock Ownership Plan.  Having considered the parties' papers and the arguments presented at the hearing on October 6, 2010, the Motion is DENIED.

IT IS SO ORDERED.

[PROPOSED] ORDER DENYING MOTION TO DISMISS
[Case No. C 09-03467-JAM-DAD]

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 18, 2010          /s/ John A. Mendez
                                 The Honorable John Mendez
                                 United States District Judge

Approved as to Form:

Dated: October 15, 2010          LEWIS, FEINBERG, LEE,
                                 RENAKER & JACKSON, P.C.

                          By:     /s/ Nina Wasow
                                 Daniel Feinberg
                                 Nina Wasow
                                 *Attorneys for Plaintiff*

Dated: October 15, 2010          TRUCKER HUSS

                          By:     /s/ R. Bradford Huss
                                 R. Bradford Huss
                                 Virginia Perkins
                                 *Attorneys for Defendants David Nickum, Valley Aggregate Transport, Inc., and Administration Committee for the Valley Aggregate Transport, Inc. Employee Stock Ownership Plan*

[PROPOSED] ORDER DENYING MOTION TO DISMISS
[Case No. C 09-03467 JAM-DAD]                                             1

PDF created with pdfFactory trial version www.pdffactory.com