1  Daniel Feinberg – CA State Bar No. 135983
   Nina Wasow – CA State Bar No. 242047
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   476 9th Street
3  Oakland, CA  94607
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   Email: dfeinberg@lewisfeinberg.com
5  Email: nwasow@lewisfeinberg.com

6  *Attorneys for Plaintiff*

7

8                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | EDWARD CLARKE,                              ) Case No. C 09-03467-JAM-DAD
                                                )
11 |            Plaintiff,                       ) **STIPULATION AND ORDER TO**
                                                ) **AMEND PRE-TRIAL SCHEDULING**
12 |    vs.                                      ) **ORDER**
                                                )
13 | MICHAEL LINDEMAN, LORRAINE                  )
   | LINDEMAN, DAVID NICKUM, VALLEY              )
14 | AGGREGATE TRANSPORT, INC., the              )
   | BOARD OF DIRECTORS OF VALLEY                )
15 | AGGREGATE TRANSPORT, INC., and              )
   | ADMINISTRATION COMMITTEE FOR                )
16 | THE VALLEY AGGREGATE, INC.                  )
   | EMPLOYEE STOCK OWNERSHIP PLAN.              )
17 |                                             )
   |            Defendants.                      )
18 |                                             )
                                                )
19

20

21         WHEREAS, the parties have agreed to engage in a private mediation, which has been

22 scheduled for February 10, 2011;

23         WHEREAS, the parties agree that postponing certain aspects of discovery until after the

24 mediation would be most efficient and increase the likelihood of settlement;

25         WHEREAS, the parties have agreed on new discovery deadlines, and conferred with the

26 Court on appropriate dates for the other remaining case deadlines;

27

28

STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER                                                  1
[Case No. C 09-03467-JAM-DAD]

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, IT IS HEREBY AGREED AND REQUESTED by the parties through their counsel of record that the following dates be substituted for the dates in the Status (Pre-trial Scheduling) Order (Dkt. 10):

- Deadline for completion of fact discovery – May 11, 2011
- Deadline for disclosure of expert witnesses and exchange of expert reports – June 10, 2011
- Deadline for disclosure of rebuttal expert witnesses and exchange of rebuttal expert reports – July 12, 2011
- Dispositive motion filing deadline – August 24, 2011
- Hearing on dispositive motions – September 21, 2011
- Joint pretrial statement due – November 2, 2011
- Pretrial conference – November 9, 2011, 4 p.m.
- Trial – January 9, 2012, 9 a.m.

Dated: December 17, 2010                LEWIS, FEINBERG, LEE,
                                        RENAKER & JACKSON, P.C.

                                    By:    /s/ Nina Wasow
                                        Daniel Feinberg
                                        Nina Wasow
                                        *Attorneys for Plaintiff*

Dated: December 17, 2010                TRUCKER HUSS

                                    By:    /s/ R. Bradford Huss
                                        R. Bradford Huss
                                        Virginia Perkins
                                        *Attorneys for Defendants David Nickum, Valley Aggregate Transport, Inc., the Board of Directors of Valley Aggregate Transport, Inc., and the Administration Committee for the Valley Aggregate Transport, Inc. Employee Stock Ownership Plan*

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 17, 2010                            WEINTRAUB GENSHLEA CHEDIAK

                                              By:      /s/ Zachary M. Smith
                                                    Zachary M. Smith
                                                    *Attorneys for Defendants Michael and Lorraine Lindeman*

**IT IS SO ORDERED.**

Dated:  12/17/2010                             /s/ John A. Mendez

                                                The Honorable John A. Mendez
                                                United States District Judge

STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER                              2

PDF created with pdfFactory trial version www.pdffactory.com