Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

FILED
DEC 1 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CLARKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL LINDEMAN, LORRAINE LINDEMAN, DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., the BOARD OF DIRECTORS OF VALLEY AGGREGATE TRANSPORT, INC., and ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE, INC. EMPLOYEE STOCK OWNERSHIP PLAN.<br><br>　　　　Defendants. | Case No. C 09-03467-JAM-DAD<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS |

This matter comes before the Court on the Plaintiff's Motion for Award of Attorney's Fees and Costs and Approval of Service Payments. The proposed settlement in this case was preliminarily approved by this Court on September 22, 2011 ("Preliminary Approval Order"). Dkt. No. 54. Pursuant to the Court's Preliminary Approval Order and the Notice provided to the Class, the Court conducted a fairness hearing under Fed. R. Civ. P. 23(e) on December 14, 2011. The Court has reviewed the materials submitted by the parties, and has heard arguments

presented at such hearing. For the reasons cited on the record as well as those stated hereafter, the Court finds and orders as follows:

1.  The Court approves the payment of $5,000 to Class Representative Edward Clarke. This payment is for his service on behalf of the Class, which required substantial time and effort, as detailed in the papers submitted by Class Counsel. This payment is in addition to any portion of the Settlement Amount allocated to Mr. Clarke's ESOP account under the terms of the Settlement Agreement. The Court orders that this payment be made to Mr. Clarke in accordance with the terms of the Settlement Agreement.

2.  The Court finds that notice of the requested award of attorneys' fees and reimbursement of costs and expenses was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure. Class Members and any party from whom payment is sought have been given the opportunity to object pursuant to Rule 23(h)(2) of the Federal Rules of Civil Procedure, and no class member has objected to the requested fees or expenses.

3.  The Court finds that the attorneys' fees request is reasonable, and the costs and expenses incurred by Class Counsel, including costs of settlement administration, are reasonable. Thus, Class Counsel are awarded attorneys' fees and costs and expenses in the amount of 25 percent of the cash portion of the common fund, or $550,000, and $46,105.63 in costs and expenses incurred.

**IT IS SO ORDERED.**

Date: 12-14-2011

Hon. John A. Mendez
United States District Judge