R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Virginia H. Perkins, No. 215832
Michelle L. Schuller, No. 255787
TRUCKER ö HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:	(415) 788-3111
Facsimile:	(415) 421-2017
E-mail:	bhuss@truckerhuss.com
	rschwartz@truckerhuss.com
	vperkins@truckerhuss.com
	mschuller@truckerhuss.com

Attorneys for Defendants David Nickum,
Valley Aggregate Transport, Inc.,
the Board of Directors of Valley Aggregate Transport, Inc. and
the Administration Committee for the Valley
Aggregate Transport, Inc. Employee Stock Ownership Plan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD CLARKE,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL LINDEMAN, LORRAINE LINDEMAN, DAVID NICKUM, VALLEY AGGREGATE TRANSPORT, INC., and ADMINISTRATION COMMITTEE FOR THE VALLEY AGGREGATE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>                    Defendants. | Case No. 2:09-CV-03467-JAM-DAD<br><br>**FINAL JUDGMENT** |

The Court hereby enters final judgment in this action. All claims in the action are dismissed with prejudice as set forth in the Order Certifying Class and Granting Final Approval of Class Action Settlement and Class Counsel is awarded fees and costs as set forth in the Order Granting Plaintiffs' Motion for Award of Attorneys' Fees and Costs.

**IT IS SO ORDERED**

DATED: 1/10/2012                                              /s/ John A. Mendez
                                                                            Honorable John A. Mendez
                                                                            United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com